UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case: 09-CV-2529 (AJC)
-------------------------------------------------------------X

GARY FALCETTA

                                        Plaintiff(s),

                -against-

CLAUDIA POSADA

                                        Defendant(s).

-------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Index No. 09-CV-2529
(AJC)

**SO ORDERED,**
Dated: Brooklyn, New York
July 30, 2010

_____ U.S.M.J.

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the

respective parties hereto that the above entitled action, having been settled, be, and the same hereby

is, discontinued, with prejudice and without costs to any party and that this stipulation may be filed

with the Clerk of the Court without further notice.

Dated: Mineola, New York
       July 12, 2010

BY: _____
SANDERS, SANDERS, BLOCK,
WOYCIK, VIENER & GROSSMAN, P.C.
Attorneys for Plaintiff(s)
GARY FALCETTA
100 Herricks Road
Mineola, New York 11501
(516) 741-5252
Our File: 3895

BY: _____
RUSSO, APOZNANSKI
& TAMBASCO, ESQS
Attorneys for Defendant(s)
CLAUDIA POSADA
875 Merrick Avenue
Westbury, New York 11590

_____
JAMES G. BILELLO & ASSOCIATES